## HENRY CARPENTER v. STATE.

No. A-1209. Opinion Filed January 17, 1912.

Appeal from Love County Court.

PER CURIAM. Appellant was convicted for violating the prohibitory liquor law and his punishment was assessed at a fine of fifty dollars and thirty days' imprisonment in the county jail. What purports to be the record in this case does not show that the case-made was ever served upon the county attorney. The judgment was rendered on the 6th day of April, 1911. The transcript of the record was not filed in this court until the 19th day of June, 1911. This being more than sixty days after the rendition of the judgment, and as the time for filing the appeal in this court was not extended by the trial court beyond the sixty days allowed by law, this court has never acquired jurisdiction of the appeal. The appeal is therefore dismissed, with directions to the county court of Love county to proceed with the execution of its judgment.

---

## WILL O'NEAL v. CITY OF McALESTER.

No. A-1201. Opinion Filed January 17, 1912.

Appeal from Pittsburg County Court; B. P. Hammond, Judge.

PER CURIAM. This case originated by complaint filed in the police court of the city of McAlester, J. Read Moore, police judge, wherein plaintiff in error was charged with selling a half pint of whisky. From a conviction there had an appeal was taken to the county court of Pittsburg county. Upon a trial there had the jury returned a verdict of guilty and assessed the punishment at a fine of one hundred dollars and confinement in the city jail at McAlester for thirty days. Judgment was entered in accordance with the verdict and an appeal was perfected by filing in this court on June 15, 1911, a petition in error with case-made. No briefs have been filed and when the case was this day called on the regular assignment of the term no appearance was made on behalf of the plaintiff in error. It is evident that the appeal has been abandoned. The appeal is therefore dismissed and the cause remanded to the county court of Pittsburg county.